UNITED STATES of America,
Plaintiff—Appellee,

v.

Derrick Lamont GALLOWAY,
Defendant—Appellant.

No. 10–6758.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 3, 2010.

Derrick Lamont Galloway, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamont Galloway appeals the district court's order denying his motion for resentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Galloway,* No. 4:03–cr–30067–jlk–1 (W.D.Va. May 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*